**Motion GRANTED, in Part, and DENIED, in Part, and Order filed March 30, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00226-CV
_____

## IN RE METROPOLITAN WATER COMPANY, L.P. AND MET WATER VISTA RIDGE, L.P., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**21st District Court**
**Washington County, Texas**
**Trial Court Cause No. 37412**

## ORDER

On March 30, 2022, relators In re Metropolitan Water Company, L.P. and Met Water Vista Ridge, L.P., filed a petition for writ of mandamus in this court. Relators asks this court to compel the Honorable Carson Campbell, Judge of the 21st District Court, in Washington County, Texas, to set aside his March 25, 2022 order directing relators to produce electronic storage devices for forensic imaging and discovery,

entered in trial court number 37412, styled *Blue Water Systems, L.P., et al. v. Metropolitan Water Company, L.P., et al.*

Relators have also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On March 30, 2022, relator asks this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT**, in part, relators' motion and issue the following order:

We **ORDER** the March 25, 2022 order directing relators to produce electronic storage devices for forensic imaging and discovery, entered in trial court cause number 37412, *Blue Water Systems, L.P. , et al. v. Metropolitan Water Company, L.P., et al.,* and the turning over of any forensic images already obtained, if any, to real parties in interest **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court. The remainder of the motion is **DENIED**.

In addition, the court requests real parties in interest, to file a response to the petition for writ of mandamus on or before April 20, 2022. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Chief Christopher and Justices Wise and Hassan.